**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8565**

---

JEROME WILLIS LOWERY,

Plaintiff - Appellant,

versus

RICK JACKSON, Superintendent; OFFICER CASH;
LYNN PHILLIPS, Director of Prison; FRANKLIN
FREEMAN, Secretary of Department of
Corrections,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-95-446-3-MU)

---

Submitted: April 15, 1996         Decided: May 2, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jerome Willis Lowery, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lowery v. Jackson</u>, No. CA-95-446-3-MU (W.D.N.C. Nov. 30, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>